# 898 CASES REPORTED WITH BRIEF SYLLABI.

Sarah A. Burdge v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Fort Washington Ridge Road.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolf H. Landeker v. Property Security Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolf H. Landeker v. Property Security Company.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Catherine Duggan v. Sylvester E. Staggs.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert S. Smith v. Max Rubel.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abigail H. Bishop v. James C. Bishop.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Milliken Brothers, Incorporated, v. The City of New York and Others. — Motion granted unless appellants comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Byrne v. Jennie L. Byrne.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jennie L. Byrne v. John Byrne.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Tallck Anderson v. Lozier Motor Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Melton and Another v. Fullerton Weaver Realty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Perrin H. Sumner v. Patrick L. Ryan.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

J. P. Duffy Company v. August Todebush.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Levinson v. Elias Aron and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louisa Mais-Wagener v. Interboro Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Briskman v. Isidor J. Kaufherr.— Application denied, with ten